**2009–1572. State v. Henry.**
Seneca App. No. 13–08–10, 2009-Ohio-3535.
PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

**2009–1580. State v. Hitchcock.**
Lake App. No. 2008–L–032, 2009-Ohio-4447. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1581. Sears v. State.**
Clermont App. No. CA2008–07–068, 2009-Ohio-3541. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1582. State v. Garner.**
Lake App. No. 2008–L–087, 2009-Ohio-4448. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1585. Dunbar v. State.**
Richland App. No. 2008CA0173, 2009-Ohio-3838. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1588. State v. Marks.**
Ashtabula App. No. 2008–A–0048, 2009-Ohio-3790. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1589. In re J.M.**
Pike App. No. 08CA782, 2009-Ohio-4574. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2008–1693, *State v. Arnold,* Franklin App. No. 07AP–789, 2008-Ohio-3471; and briefing schedule stayed.
PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. II.

**2009–1602. Pettiford v. Aggarwal.**
Montgomery App. No. 22736, 2009-Ohio-3642.
PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

**2009–1604. State v. Day.**
Adams App. Nos. 08CA865 and 08CA866, 2009-Ohio-3755. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing scheduled stayed.

**2009–1622. State v. Aleshire.**
Ross App. No. 09CA3093, 2009-Ohio-3921. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1623. State v. Gruszka.**
Lorain App. No. 08CA009515, 2009-Ohio-3926. Discretionary appeal accepted; cause held for the decision in 2009–1086, *Gildersleeve v. State,* Cuyahoga App. Nos. 91515, 91516, 91517, 91518, 91519, 91521, 91522, 91523, 91524, 91525, 91526, 91527, 91528, 91529, 91530, 91531, and 91532, 2009-Ohio-2031; and briefing schedule stayed.

**2009–1628. In re J.M.**
Cuyahoga App. No. 91800, 2009-Ohio-2880. Discretionary appeal accepted on Proposition of Law Nos. II, III, IV, V, VI, and VII; cause held as to Proposition of Law Nos. II, III, and IV for the decision in 2008–1624, *In re Smith,* Allen App. No. 1–07–58, 2008-Ohio-3234, and held as to Proposition of Law Nos. V, VI, and VII for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–

041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

MOYER, C.J., and LANZINGER, J., would also accept the appeal on Proposition of Law No. VIII and hold the cause for the decision in 2009–0189, *In re Adrian R.*, Licking App. No. 08CA17, 2008-Ohio-6581.

**2009–1657.   State v. Curd.**
Lake App. No. 2008–L–048, 2009-Ohio-3814. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1661.   State v. White.**
Ashland App. Nos. 07–COA–037 and 07–COA–038, 2009-Ohio-3869.

LANZINGER and CUPP, JJ., dissent.

**2009–1691.   State v. Vernon.**
Lake App. No. 2008–L–066, 2009-Ohio-3937. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

PFEIFER, J., dissents.

**2009–1699.   Ahmed v. State.**
Richland App. No. 2008 CA 0165, 2009-Ohio-3989. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1700.   Douse v. State.**
Richland App. No. 2008 CA 324, 2009-Ohio-3997. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1725.   Mundt v. State.**
Richland App. No. 2008CA0263, 2009-Ohio-4056. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1737.   Taylor v. State.**
Richland App. No. 2008CA0161, 2009-Ohio-4141. Discretionary appeal accepted on Proposition of Law Nos. I, II, III, IV, V, and VI; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

MOYER, C.J., would also accept the appeal on Proposition of Law No. VIII.

**2009–1738.   Ball v. State.**
Lake App. No. 2008–L–053, 2009-Ohio-4099. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

## APPEALS NOT ACCEPTED FOR REVIEW

**2008–0665.   State v. Keith.**
Crawford App. No. 3–07–08, 176 Ohio App.3d 260, 2008-Ohio-741.

**2009–0105.   State v. Keith.**
Crawford App. No. 3–08–15, 2008-Ohio-6187.

**2009–1174.   State v. Miller.**
Hamilton App. No. C–080342.

**2009–1410.   Damron v. CSX Transp., Inc.**
Montgomery App. No. 23025, 2009-Ohio-3638.